ELECTRONIC

DEC. 8, 2008

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

KATHERINE EVANS,

Plaintiff,

v.

PETER BAYER, in his individual capacity

Defendant.

_____/

Case No:

**08-61952-CIV-LENARD/GARBER**

## COMPLAINT

COMES NOW, Plaintiff, KATHERINE EVANS, by and through undersigned counsel, and hereby files this complaint for damages, injunctive relief and declaratory relief against Defendant PETER BAYER for violation of her rights under the First and Fourteenth Amendments to the United States Constitution, and hereby alleges as follows:

### Introduction

1.  Katherine Evans, while a senior at Pembroke Pines Charter High School in 2007, was suspended for three days for engaging in protected off-campus speech. The suspension removed her from her critical senior year of Advanced Placement ("AP") English class, stained her academic record and violated her First Amendment rights. Her only "offense" was to create a "Facebook" page that criticized one of her teachers as "the worst teacher she had ever had," and solicited comments about that teacher. She also posted a photo of that teacher from a prior year's school yearbook. After receiving three comments, all of which berated *her* and supported the teacher, Evans removed the page from Facebook.

2. The retaliatory and disciplinary acts taken by Defendant against Ms. Evans for the internet posting violated Evan's freedom of speech guaranteed by the First and Fourteenth Amendments. The unjustifiable three-day suspension cast a pall on Ms. Evans' academic record. Accordingly, Katherine Evans seeks declaratory and injunctive relief against Defendant Principal Peter Bayer, in his individual capacity, and asks this Court to order the redaction or expungement of her disciplinary record on this matter.

### Jurisdiction

3. Plaintiff brings this action pursuant to 42 U.S.C. § 1983 for violation of her rights under the First and Fourteenth Amendments to the United States Constitution.

4. This Court has jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1343(a)(3). Declaratory relief is authorized by 28 U.S.C. §§ 2201 and 2202, and injunctive relief pursuant to Fed R. Civ. P. 65.

### Parties

5. At all times material hereto, Plaintiff, KATHERINE EVANS, ("Evans") was a high school student in her senior year at Pembroke Pines Charter High School located in the City of Pembroke Pines, Florida.

6. At all time material hereto, Defendant, PETER BAYER ("Bayer") was the principal of Pembroke Pines Charter High School.

7. Plaintiff sues Defendant Bayer in his individual capacity.

### Facts

8. In November 2007, Evans was a senior at Pembroke Pines Charter High School. Her AP English teacher was Sarah E. Phelps, who is not a party to this action.

2

9. During the evening of Friday November 9, 2007 [Veterans' Day weekend], after school hours and from her home computer, Evans posted on Facebook a photograph of Ms. Phelps, from a prior year's school yearbook. The posting sought to create a group to express students' opinions about the teacher. Evans only expressed her own opinion that Ms. Phelps was the "worst teacher" she had ever met, and invited **others** to "express their hatred." Evans used no profanities and stated no threats.

10. Evans' posting was, verbatim:

> Ms. Sarah Phelps is the worst teacher I've ever met! To those select students who have had the displeasure of having Ms. Sarah Phelps, or simply knowing her and her insane antics: Here is the place to express *your feelings of hatred*.

Exhibit A (emphasis added).

11. In response, three postings appeared that supported the teacher, lauded Ms. Phelps and derided and debased Evans for creating the Facebook group. *See* Exhibit A.

12. The posting had been up for only two days, over the weekend, and was not seen by the teacher while it was on Facebook.

13. Plaintiff herself removed the posting from Facebook as soon as she was able to. Upon learning of Evan's posting on Facebook, Defendant Bayer suspended Evans for three days for the stated reasons of "Bullying / Cyber Bullying Harassment towards a staff member" and "Disruptive behavior." The suspension notice indicated that "Katie [Evans] had posted an inappropriate site regarding her teacher on Facebook. *See* Exhibit B.

15. Plaintiff's posting contained no threats of violence, veiled or explicit. Defendant only became aware of the posting after Plaintiff had removed it from Facebook. Although the posting did not disrupt school activities, Defendant's discipline of Ms. Evans forcibly removed

3

her from school for three days, removed her from her AP classes and forced her into the lesser-weighted honors classes.

16.     Moreover, the posting gave rise to a spirited exchange of opinions by students who disagreed with Evans, who ultimately proved her wrong in her assessment of the teacher. The posting and its aftermath thereby accomplished one of the goals of the First Amendment: the free and unfettered exchange of ideas and opinions in the public arena.

17.     Defendant's acts that are the subject of this complaint were taken under color of state law.

18.     Defendant Bayer's three-day suspension of Evans for expressing her opinions and soliciting the opinions of others in off-campus activity and in a non-violent, non-threatening forum unjustifiably besmirched Plaintiff's academic record.

19.     Plaintiff has no adequate remedy at law, because the denial of Plaintiff's Constitutional rights cannot be remedied through legal relief.

20.     Unless enjoined by this Court, Defendant's suspension of Evans for three days will stand as part of her permanent school record, unjustifiably staining her academic reputation and good standing; removal of the suspension and any records relating to it is required to redress the violation of Evans' constitutional rights.

21.     Plaintiff is therefore entitled to an order from this Court enjoining Defendant Bayer from maintaining any records relating to the Facebook posting and ordering Bayer to revoke, *nun pro tunc*, the three-day suspension.

## CAUSE OF ACTION

22. Defendant Bayer's three-day suspension of Evans for expressing her opinions and soliciting the opinions of others in off-campus activity and in a non-violent, non-threatening public forum violated Evans' clearly established First Amendment right to freedom of speech.

23. The violation of Evans' constitutional rights may be redressed pursuant to 42 U.S.C. §1983.

### Demand for Relief

WHEREFORE, Plaintiff, KATHERINE EVANS, respectfully requests this Court to:

A. Assume jurisdiction of this matter.

B. Declare that Defendant PETER BAYER'S action in suspending Plaintiff violated her First and Fourteenth Amendment rights.

C. Enjoin Defendant PETER BAYER from maintaining any records relating to the suspension in Plaintiff's permanent school record and revoking, *nunc pro tunc*, the three-day suspension.

D. Award Plaintiff nominal damages for the deprivation of her First Amendment and Fourteenth Amendment rights.

E. Award Plaintiff her attorneys' fees and costs for bringing this action pursuant to 42 U.S.C. § 1988.

F. Enter all other relief that the court deems just and proper.

Respectfully submitted by:

_____

MATTHEW D. BAVARO, ESQUIRE
Florida Bar No. 175821
Bavaro Legal, LLC
377 N. SR 7 Suite #201
Plantation, FL 33317
(954) 523-4357
(954) 581-2786 (fax)
mbavaro@pitrialgroup.com

Cooperating attorney for the American Civil Liberties Union Foundation of Florida, Inc. – Broward Chapter

_____

Randall C. Marshall, Esq.
Florida Bar No. 181765
Maria Kayanan
Florida Bar No. 305601
ACLU Foundation of Florida, Inc.
4500 Biscayne Boulevard, Ste. 340
Miami, Florida 33137-3227
786-363-2700
786-363-1108 (fax)
rmarshall@aclufl.org

Attorneys for Plaintiff



**Ms. Sarah Phelps is the worst teacher I've ever met!**



### Information

**Group Info**
- Name: Ms. Sarah Phelps is the worst teacher I've ever met!
- Type: Student Groups - Classes & Departments
- Description: To those select students who have had the displeasure of having Ms. Sarah Phelps, or simply knowing her and her insane antics. Here is the place to express your feelings of hatred.

**Contact Info**
- Office: Pembroke Pines Charter High School
- Street: 17189 Sheridan Street
- City/Town: Pembroke Pines, FL

### Photos
No one has posted any photos.

Join this Group
Reject Invitation

Share +

### Videos
No one has posted any videos.

### Related Groups

mr cunningham is a fucking spartan
Just for Fun - Inside Jokes

I Went To Charter School...Bitch.
Organizations - Religious Organizations

Classes of 2008 worldwide (High School)
Student Groups - Classes & Departments

I Wish I Were Your Derivative So I Could Lie Tangent To Your Curves
Just for Fun - Facebook Classics

I'm an honors kid. I procrastinate and use sparknotes and don't do

### Posted Items
No one has posted any items.

### Discussion Board
There are no discussions.



### Members



- Microsoft Internet Explorer

27 blocked   Check ▼   [symbol]Link ▼   [icon]   Send to ▼

**Members**
This group has 3 members.                                   See All

 

Katie Evans    Fernando Yemail    Francoles Velaosto

**The Wall**
Displaying 3 wall posts.                                    See All



**Alexis M Andres (FSU) wrote**
at 3:26am

ok sooo here's the deal.

i think that you created this group b/c phelps is the only teacher that wonnot give you a good grade for having your lips against their ass. she expects you to work, and yes her classes might be crazy and she might do weird things but all those weird things help you remember what synecdoche is in your ENC1101 class almost 6 months later......

so quit bitching and just suck it up! not everything in life is easy....

by the way I LOVE MRS.PHELPS!!!!

Message · Report



**Fiorella Andrea Becerra (FSU) wrote**
at 3:21am

Seriously, was this group necessary, katie? & putting up the school's information, really? You're only asking for trouble with this "group" of yours.

You may think she's a bad teacher, but you could

---

You and Katie's school proudly and use sparknotes and don't do homework
Student Groups - Classes & Departments

**Group Type**

This is an open group. Anyone can join and invite others to join.

**Admins**

- Katie Evans (Pembroke Pines Charter) (creator)




**Fiorella Andrea Bazan (FSU)** wrote
at 1:21am

Seriously, was this group necessary, katie?
& putting up the school's information, really?
You're only asking for trouble with this "group" of yours.

You may think she's a terrible teacher, but you could never imagine how much she's taught me, anam, & all her other students who are looking at this group with disgust.

Message - Report



**Anam Ismail (Nova Southeastern University)** wrote
at 12:17am

wow katie,
the only reason i joined this group is tell you how wrong you are.
ms.phelps is one of the most amazing teachers i've ever had, and theres plenty of people who agree with me.
whatever your reasons for hating her are, they're probably very immature, and more importantly, probably your own fault.
clearly, you cant handle a heavy workload, one which requires REAL thinking, and if that is the case you probably should not be taking AP classes.
so i would love to hear how you justify calling her the "worst" teacher, besides the fact that you cant suck up to her and get your A...?

Message - Report

Report Group

Facebook © 2007        Advertisers  Businesses  Developers  About Facebook  Terms  Privacy  Help



# PEMBROKE PINES CHARTER HIGH SCHOOL
## NOTICE OF SUSPENSION OF UP TO TEN DAYS

**DATE:** 11/15/07
**STUDENT:** Katherine Evans            **GRADE** 12
**ID** ▓▓▓▓▓▓ DOB 02/26/90       **RACE** H
                                                             **SEX** F

Dear Parent or Guardian,

We regret to inform you that in accordance with School Board of Broward County Policy #5006:
**Katherine** has been suspended for a period of **3 days.** The reason for the suspension is as follows:

- Bullying / Cyber Bullying / Harassment towards a staff member
- Disruptive behavior

Katie posted an inappropriate site regarding her teacher on facebook.

**Suspension from school days: 11/16/07 – 11/20/07**

    ☐ Recommended For Expulsion.

    ☐ Pending Further Investigation A Recommendation For Expulsion May Be Forthcoming.

While on suspension a student may not attend any Pembroke Pines Charter School function or be on any school grounds. Students who are externally suspended and who attend alternatives to suspension programs are allowed to makeup classwork. Students who elect not to participate in alternatives to suspension programs will not be allowed to make up work. Classwork is due two days after the day of the student's return.

☐     With Prior Hearing (Student Conference and Parent In-School Conference)
A hearing was held pursuant to Policy 5006 during which time the student was advised of the alleged violation(s) and given an opportunity to present his/her version of the incident. At the conclusion of the hearing it was decided Board Policy was violated and the suspension was justified.

      Without Prior Hearing (Student Conference)
Because of the nature of the alleged violation(s) or circumstance surrounding the violation(s) it was impossible to hold a hearing prior to the suspension.

This letter is to advise you concerning the nature of the allegation(s) and to inform you that a hearing concerning the allegation(s) has been set for _____ _____ at _____
                                           Time      Date                               Address

_____ to advise _____
                 Address                                          Name

concerning the nature of the allegation(s) as well as to permit him/her version of the incident. We trust that you will be able to attend the hearing with _____
                                                                                        Name
in order that we may work together in his/her best interests. If the above scheduled hearing date and /or time is not convenient for you please contact this office so that it may be rescheduled.

_____
Phone Number

Should (name) _____ fail to appear for this hearing/conference we have no alternative but to extend the period of suspension to _____ days.

Your student will be expected to return to school on **Wednesday, November 21, 2007**

_____                 _____
Steve Bruns, Behavior Specialist                                Peter Bayer, Principal

     ☐     SRO Contact      Pembroke Pines Charter High School
               ADMINISTRATION OFFICES- 17189 SHERIDAN STREET, PEMBROKE PINES, FL 33331

PLAINTIFF'S EXHIBIT
B

%JS 44 (Rev. 2/08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as re by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**DEC. 8, 2008**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### I. (a) PLAINTIFFS
KATHERINE EVANS

### DEFENDANTS
PETER BAYER, in his individual capacity

(b) County of Residence of First Listed Plaintiff **Broward**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

Matthew D. Bavaro, Bavaro Legal, LLC, 377 N. SR 7 Suite #201, Plantation, FL 33317, (954) 523-4357; Randall C. Marshall, Maria Kayanan, ACLU Foundation of Florida, Inc., 4500 Biscayne Boulevard STE 340, Miami, FL 33137, 786-363-2700

Attorneys (If Known)

(d) Check County Where Action Arose: ☐ MIAMI-DADE ☐ MONROE ☑ BROWARD ☐ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE HIGHLANDS

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☑ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

FTL 08CV61952 Lenard/Garber

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** — **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | **PERSONAL PROPERTY** | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | / ☐ 385 Property Damage Product Liability | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | ☐ 462 Naturalization Application | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 540 Mandamus & Other | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | / ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | ☑ 440 Other Civil Rights / ☐ 555 Prison Condition | | | |

### V. ORIGIN (Place an "X" in One Box Only)

☑ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. RELATED/RE-FILED CASE(S).

(See instructions second page):

a) Re-filed Case ☐ YES ☑ NO      b) Related Cases ☐ YES ☑ NO

JUDGE _____      DOCKET NUMBER _____

### VII. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):

violation of First Amendment rights -- punishment of student by principal for protected speech, actionable pursuant to 42 U.S.C. §1983

LENGTH OF TRIAL via 1 days estimated (for both sides to try entire case)

### VIII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☑ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE

SIGNATURE OF ATTORNEY OF RECORD
s/ Randall C. Marshall

DATE
December 8, 2008

FOR OFFICE USE ONLY
AMOUNT 350 -      RECEIPT # 991519      IFP _____