UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-61952-CIV-GARBER

KATHERINE EVANS,
    Plaintiff,

v.

PETER BAYER, in his individual capacity,

    Defendant.
_____/

## ORDER

THIS CAUSE is before the Court on the parties' Joint Motion to Strike Scheduling Order [DE 27]. The Court hereby

ORDERS that the parties Joint Motion to Strike Scheduling Order is GRANTED. The parties shall submit an agreed joint schedule to the Court on or before February 26, 2010.

DONE AND ORDERED in Chambers at Miami, Florida this 16th day of February 2010.

BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE