UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-61952-CIV-GARBER

KATHERINE EVANS,

     Plaintiff,

v.

PETER BAYER, in his individual
capacity,

     Defendant.

_____/

## ORDER

THIS CAUSE is before the Court on the Stipulation for Substitution of Counsel, and the Court being fully advised in the premises, it is hereby:

ORDERED that the law office of VERNIS & BOWLING OF MIAMI, P.A. is hereby permitted to withdraw as counsel for Defendant, PETER BAYER, and in its place will be substituted the law office of CARLOS E. MUSTELIER, JR., P.A., who shall file a Notice of Appearance.

DONE AND ORDERED in Chambers an Miami, Florida, this 12th day of April, 2010.

BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE