UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-61952-CIV-LENARD/GARBER

KATHERINE EVANS,

    Plaintiff,

v.

PETER BAYER, individually and in his official capacity
as Principal of Pembroke Pines Charter High School,

    Defendant,
_____/

### JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the respective parties herein, that the claims of Plaintiff, KATHERINE EVANS, against Defendant, PETER BAYER, in his individual capacity and in his official capacity as Principal of Pembroke Pines Charter High School, have been amicably resolved pursuant to a Settlement Agreement, and shall be dismissed with prejudice, with the respective parties herein to bear their own costs and attorneys' fees, except as set forth in the Settlement Agreement entered into between the parties.

DATED this 9 day of December, 2010.

| | |
|---|---|
| Bavaro Legal, LLC | JOHNSON, ANSELMO, MURDOCH, |
| Attorneys for Plaintiff | BURKE, PIPER & HOCHMAN, P.A. |
| 377 N. SR 7 #201 | Attorneys for Defendant Peter Bayer |
| Plantation, FL 33317 | 2455 East Sunrise Blvd., Suite 1000 |
| Tel;(954)523-4357 | Fort Lauderdale, FL 33304 |
| | Tel: (954) 463-0100 |
| By _____ | By _____ |
| MATTHEW BAVARO | E. BRUCE JOHNSON |
| Fla. Bar No. 175821 | Fla. Bar No. 262137 |