UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case #: 08-61952-CIV-LENARD-GARBER

KATHERINE EVANS,

    Plaintiff,

Vs.

PETER BAYER, Individually,
and in His Official Capacity as
Principal of Pembroke Pines
Charter High School,

    Defendant.
_____/

## PLAINTIFF'S CONSENT TO DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff, Katherine Evans, and hereby states as follows:

1. I am the Plaintiff in the above styled cause.

2. This matter has been settled between the parties.

3. I understand that as a condition of the settlement, this case will be dismissed with prejudice and I consent to the Court issuing a final order of dismissal.

_____      12/22/10
KATHERINE EVANS             DATE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 23, 2010, I electronically filed the forgoing with the Clerk of Court pursuant to the Administrative Procedures for Electronic

Filing in Civil and Criminal Cases of the Southern District of Florida by using the CM/ECF system, which will send a notice of electronic filing to the following:

| | |
|---|---|
| Carlos E. Mustelier, Esq | - cmustelier@florida-law.com |
| Maria Kayanan, Esq. | - mkayanan@aclufl.org |
| Randall C. Marshall, Esq. | - rmarshall@aclufl.org |

_____
MATTHEW D. BAVARO, ESQUIRE
F.B.N. 175821
**Bavaro Legal, LLC**
377 N. SR 7 #201
Plantation, FL 33317
(954) 523-4357
(954) 581-2786 fax
mbavaro@bellsouth.net
Attorney for Plaintiff