UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-61952-CIV-Garber

KATHERINE EVANS,

    Plaintiff,

v.

PETER BAYER, individually and in
his official capacity as Principal of
Pembroke Pines Charter High School,

    Defendant,
_____/

## ORDER

THIS CAUSE is before the Court *sua sponte*. The Court has examined the docket in this cause and notes that a Stipulation of Dismissal has been filed. The Court has reviewed said Stipulation and the record in this cause, and approves and adopts the Stipulation. Upon due consideration, it is hereby

ORDERED that this cause is hereby DISMISSED with prejudice and the Clerk of Court is directed to close this case.

DONE AND ORDERED in Chambers at Miami, Florida this 29th day of December, 2010.

_____
BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE